UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

Jacob Mueller,

       Plaintiffs,

                                      1:18-cv-07206-MKB-SJB

       v.

Admin Recovery LLC

       Defendants,

---------------------------------------------------------------------x

## NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF AGAINST DEFENDANT PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendant has neither answered the operative complaint nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members if any.

Dated: Brooklyn, New York  
         March 13, 2019

Respectfully submitted,

LAW OFFICES OF DAVID PALACE

By: /s/ David Palace  
383 Kingston Ave, #113  
Brooklyn, NY 11213  
Tel: (347) 651-1077  
Fax: (347) 464-0012

*Attorneys for Plaintiff*